UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    2:25-cv-11141-MWC-AGR                    Date: May 28, 2026

Title:    Cynthia Moten v. Navy Federal Credit Union, *et al.*

Present:  The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings: (IN CHAMBERS) ORDER GRANTING JOINT STIPULATION TO DISMISS DEFENDANT NAVY FEDERAL CREDIT UNION WITHOUT PREJUDICE (DKT. [84])**

Upon review of the parties' Joint Stipulation for Dismissal ("Stipulation") of Defendant Navy Federal Credit Union Without Prejudice (Dkt. # 84), brought under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation is **GRANTED**. The Stipulation is signed by both parties who have appeared in this action. Accordingly, Defendant Navy Federal Credit Union is **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

                                                                                            :
**Initials of Preparer**    TJ