**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff*
*CYNTHIA MOTEN*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA MOTEN, <br><br> Plaintiff, <br><br> v. <br><br> NAVY FEDERAL CREDIT UNION; WESTLAKE SERVICES, LLC D/B/A WESTLAKE FINANCIAL; PENNYMAC LOAN SERVICES, LLC; VYSTAR CREDIT UNION; CAPITAL ONE, N.A.; WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A. AUTO FINANCING SERVICES; USAA FEDERAL SAVINGS BANK; SALLIE MAE LOANS, LLC; UNITED STATES DEPARTMENT OF EDUCATION; LOANCARE, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, INC., <br><br> Defendants. | Case No.: 2:25-CV-11141-MWC-AGR <br><br> **STIPULATION FOR DISMISSAL OF DEFENDANT VYSTAR CREDIT UNION PURSUANT TO F.R.C.P. 41(A) WITH PREJUDICE** |

- 1 -

JOINT STIPULATION FOR DISMISSAL OF DEFENDANT VYSTAR CREDIT UNION

Plaintiff CYNTHIA MOTEN ("Plaintiff") and Defendant VYSTAR CREDIT UNION ("VyStar") (together, the "Parties"), through their attorneys of record, hereby stipulate and respectfully request to dismiss Plaintiff's claims against VyStar pursuant to Fed. R. Civ. P. Rule 41(a), with prejudice and with each of the Parties to bear their own attorney's fees and costs.

Respectfully submitted,

DATED: June 9, 2026          **KAZEROUNI LAW GROUP, APC**

By:  _____*s/ Gustavo Ponce*_____
Gustavo Ponce, Esq.
*Attorney for Plaintiff*

DATED: June 9, 2026          **SMITH, GAMBRELL & RUSSELL, LLP**

By:  _____*/s/ Gregg Rapoport*_____
Gregg Rapoport, Esq.
*Attorney for Defendant*
*Vystar Credit Union*

**SIGNATURE CERTIFICATION**

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all counsel, and that I have obtained their approval for electronic signatures to this document.

By: *s/ Gustavo Ponce*_____
Gustavo Ponce

JOINT STIPULATION FOR DISMISSAL OF DEFENDANT VYSTAR CREDIT UNION

**PROOF OF SERVICE**

I am over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On June 9, 2026, I served the within document(s):

- **JOINT STIPULATION FOR DISMISSAL OF DEFENDANT VYSTAR CREDIT UNION PURSUANT TO F.R.C.P. 41(A)(1) WITH PREJUDICE**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 9, 2026.

_____/s/ *Gustavo Ponce*_____
GUSTAVO PONCE

JOINT STIPULATION FOR DISMISSAL OF DEFENDANT VYSTAR CREDIT UNION