**KAZEROUNI LAW GROUP APC**
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
*Cynthia Moten*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CYNTHIA MOTEN,**<br><br>Plaintiff,<br><br>v.<br><br>**NAVY FEDERAL CREDIT UNION; WESTLAKE SERVICES, LLC D/B/A WESTLAKE FINANCIAL; PENNYMAC LOAN SERVICES, LLC; VYSTAR CREDIT UNION; CAPITAL ONE, N.A.; WELLS FARGO BANK, N.A.; WELLS FARGO BANK, N.A. AUTO FINANCING SERVICES; USAA FEDERAL SAVINGS BANK; SALLIE MAE LOANS, LLC; UNITED STATES DEPARTMENT OF EDUCATION; LOANCARE, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, INC.,**<br><br>Defendants. | Case No.: 2:25-CV-11141-MWC-AGR<br><br>**PLAINTIFF'S STATUS REPORT RE: SETTLEMENT AND DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, INC.** |

- 1 -

Plaintiff Cynthia Moten ("Plaintiff"), by and through their undersigned counsel, hereby submits this Status Report pursuant to this Court's April 10, 2026 Order to Show Cause (ECF No. 75) regarding the dismissal of Defendant Equifax Information Services, Inc. ("Defendant" or "Equifax") (jointly as the "Parties").

On April 9, 2026, Plaintiff filed a Notice of Settlement with Defendant Equifax (ECF No. 73).  The parties, through counsel, have engaged in extensive discussions regarding the settlement agreement and the various documents that need to be drafted and signed to formalize the agreement. The parties have exchanged several drafts of a settlement agreement. In doing so, the parties have engaged in numerous discussions in order to avoid any logistic or administrative problems for all parties. The parties have not formalized a written agreement but are working diligently to do so.

As such, Plaintiff requests a 60-day extension of the deadline to file a dismissal of the case with respect to all other conditions of Plaintiff's April 10, 2026 Notice of Settlement, or a status report, in order to give the Parties the opportunity to finalize the terms of the settlement agreement and fulfill their respective obligations.

Dated: June 10, 2026                    **KAZEROUNI LAW GROUP, APC**


                                        By:   _/s/  Gustavo Ponce_____
                                              Abbas Kazerounian
                                              David J. McGlothin
                                              Mona Amini
                                              Gustavo Ponce
                                              *Attorneys for Plaintiffs*

- 2 -

PLAINTIFF'S STATUS REPORT RE: SETTLEMENT AND DISMISSAL OF DEFENDANT EQUIFAX

## PROOF OF SERVICE

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, California 92626. On June 10, 2026, I served the within document(s):

- **STATUS REPORT RE: SETTLEMENT WITH TO DEFENDANT EQUIFAX INFORMATION SERVICES, INC.**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on June 10, 2026, at Las Vegas, Nevada.

*s/ Gustavo Ponce*
Gustavo Ponce, Esq.

PLAINTIFF'S STATUS REPORT RE: SETTLEMENT AND DISMISSAL OF DEFENDANT EQUIFAX