UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:25-cv-11141-MWC-AGR                               Date: June 10, 2026

Title:   Cynthia Moten v. Navy Federal Credit Union, *et al.*

Present:  The Honorable Michelle Williams Court, United States District Judge

| T. Jackson | Not Reported |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| N/A | N/A |

**Proceedings:   (IN CHAMBERS) ORDER GRANTING STIPULATION TO DISMISS DEFENDANT VYSTAR CREDIT UNION WITH PREJUDICE (DKT. [87])**

Upon review of the parties' Stipulation for Dismissal ("Stipulation") of Defendant Vystar Credit Union With Prejudice (Dkt. # 87), brought under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Stipulation is **GRANTED**.  The Stipulation is signed by both parties who have appeared in this action.  *See id.*  Accordingly, Defendant Vystar Credit Union is **DISMISSED WITH PREJUDICE**.  Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

:
**Initials of Preparer**   TJ

---