Name and address:
VARUN BHATNAGAR (SBN 350774)
VBhatnagar@goodwinlaw.com
GOODWIN PROCTER, LLP
520 Broadway, Suite 500
Santa Monica, CA 90401

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Cynthia Moten,<br><br>Plaintiff(s),<br><br>v.<br><br>Navy Federal Credit Union et al.,<br><br>Defendant(s), | CASE NUMBER<br><br>2:25-cv-11141-MWC-AGR | |
| | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III.  Space to supplement responses is provided in Section IV.  The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application.  Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status.  See L.R. 83-2.1.4.)  A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address.  L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Olmsted, Jeffrey A.

*Applicant's Name (Last Name, First Name & Middle Initial)*                    *check here if federal government attorney* ☐

GOODWIN PROCTER LLP

*Firm/Agency Name*

100 Northern Avenue

*Street Address*

| (617) 570-1000 | (617) 523-1231 |
|---|---|
| *Telephone Number* | *Fax Number* |

Boston, Massachusetts 02210

*City, State, Zip Code*

JOlmsted@goodwinlaw.com

*E-mail Address*

**I have been retained to represent the following parties:**

| Experian Information Solutions, Inc. | ☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* _____ |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____ |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership.  Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Massachusetts State Bar | 11/29/2023 | Yes |
| U.S.D.C, District of Massachusetts | 11/19/2024 | Yes |
| U.S.D.C, Eastern District of Texas | 8/9/2024 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| 2:25-cv-12387 | Ponsiglione v. J.P. Morgan Chase Bank N.A. et al | 06/17/2026 | Pending |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  June 17, 2026

Jeffrey A. Olmsted
*Applicant's Name (please type or print)*

*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Varun Bhatnagar
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

GOODWIN PROCTER LLP
_____
*Firm/Agency Name*

520 Broadway
_____
*Street Address*

Suite 500
_____

Santa Monica, CA 94105
_____
*City, State, Zip Code*

+1 424 252 6400                         +1 424 252 6401
_____    _____
*Telephone Number*                      *Fax Number*

VBhatnagar@goodwinlaw.com
_____
*Email Address*

350774
_____
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  June 17, 2026
_____

Varun Bhatnagar
_____
*Designee's Name (please type or print)*

 /s/ Varun Bhatnagar
_____
*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

Section I:
U.S.D.C., District of Colorado. Date of Admission: June 12, 2026. Active Member In Good Standing: Yes.

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **November 29, 2023**,

said Court being the highest Court of Record in said Commonwealth:

## Jeffrey Allen Olmsted

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **fifteenth** day of **June**

in the year of our Lord **two thousand and twenty-six.**



ALLISON S. CARTWRIGHT, CLERK

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County