# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| CYNTHIA MOTEN | 2:25–cv–11141–MWC–CTS |
| Plaintiff(s), | |
| v. | |
| NAVY FEDERAL CREDIT UNION, et al. | **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| | | Request for Approval of Substitution or Withdrawal of Counsel |
|---|---|---|
| 06/16/2026 | 93 | |
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The request is stricken for failure to produce a proposed order completed.

DATED: June 23, 2026

/s/ *Michelle Williams Court*
United States District Judge

G–112B (07/24)   **ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT**