# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Cynthia Moten,

                                    Plaintiff(s)

            v.

Navy Federal Credit Union, et al.,

                                    Defendant(s).

CASE NUMBER

2:25-cv-11141-MWC-CTS

**ORDER ON REQUEST FOR APPROVAL OF
SUBSTITUTION OR WITHDRAWAL OF
ATTORNEY (DKT. 98)**

☒  The Court hereby orders that the request of:

☒    Experian Information Solutions, Inc    Plaintiff ☒Defendant ☐Other  _____
                    Name of Party

        ☒ to substitute  Varun Bhatnagar _____  who is
        ☒ Retained Counsel ☐Counsel appointed by the Court (Criminal cases only) ☐Pro Se

        520 Broadway, Suite 500 _____
                    Street Address

        Santa Monica, CA  90401 _____                vbhatnagar@goodwinlaw.com
                City, State, Zip                              E-Mail Address

        (424) 252-6400 _____        (424) 252-6401 _____        350774 _____
            Telephone Number                Fax Number              State Bar Number

        As attorney of record instead of    Angela M. Taylor _____
                        List **_all_** attorneys from same firm or agency who are withdrawing.

        _____

        _____

    **Is hereby ☒ GRANTED  ☐ DENIED**

☒  The Court hereby orders that the request of:    Angela M. Taylor _____
                        List **_all_** attorneys from same firm or agency who are withdrawing.

        _____

        to withdraw as attorney of record for    Experian Information Solutions, Inc. _____

    **Is hereby ☒ GRANTED  ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **June 24, 2026**

                            Michelle Williams Court, U.S. District Judge

G-01 Order (02/24)          ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY          Page 1 of 1