**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

CYNTHIA MOTEN,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., *et al.*,

Defendants.

Case No. 2:25-cv-11141-MWC-CTS

**ORDER SETTING ORDER TO SHOW CAUSE RE: DISMISSAL (DKT. [100])**

On April 9, 2026, Plaintiff Cynthia Moten ("Plaintiff") filed a Notice of Settlement with Defendant Equifax Information Services, Inc. ("Equifax"), representing that the parties reached a settlement and intended on filing a Stipulation of Dismissal as to Plaintiff's claims against Equifax only, with prejudice. *See* Dkt. # 73 at 2. That same day, the Court issued an Order Setting Order to Show Cause Re Dismissal as to Equifax ("OSC"), setting an OSC for June 11, 2026. *See* Dkt. # 75.

On June 10, 2026, the parties filed a Status Report Re: Settlement and Dismissal of Defendant Equifax, stating that by that time, the parties had "engaged in extensive discussions regarding the settlement agreement and the various documents that need to be drafted and signed to formalize the agreement," had exchanged "several drafts" of an agreement, and had engaged in "numerous discussions," yet had "not formalized a written agreement" but were working diligently to do so. *See* Dkt. # 88 at 2. In light of the Status Report, the Court continued the OSC to August 10, 2026. Dkt. # 90.

Now before the Court is the parties' August 10, 2026 Status Report Re: Settlement and Dismissal of Defendant Equifax. Dkt. # 100. The parties represent that on July 10, 2026, Plaintiff's counsel emailed Defense counsel "with conflicting issues regarding the parties' resolution" yet Plaintiff has still not received a response. *See id.* at 2. To date, the parties represent they have still not formalized a written agreement. *See id.* Accordingly, the parties request a sixty-day extension of the deadline to file dismissal papers or a third status report. *See id.*

Upon review of the parties' August 10, 2026 Status Report, the Court **DENIES** the parties' request for an extension and **SETS** an Order to Show Cause Re: Settlement and Dismissal of Defendant Equifax for **Friday, August 28, 2026 at 1:30 p.m.** in Courtroom 6A. The parties **SHALL** appear in person. If the parties submit dismissal papers by no later than Friday, August 21, 2026, no appearance will be necessary and the Order to Show Cause will automatically discharge without further Order from the Court.

**IT IS SO ORDERED.**

Dated: August 12, 2026

Hon. Michelle Williams Court
United States District Judge